IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:26-CV-34

TYRA OSCAR-GARRISON,                )
                                    )
            Plaintiff,              )
                                    )          **<u>NOTICE OF REMOVAL</u>**
v.                                  )
                                    )
HIGHLIGHTS HEALTHCARE LLC,          )
                                    )
            Defendant.              )
_____     )

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Highlights Healthcare LLC ("Highlights"), through undersigned counsel, hereby files this Notice of Removal of the above-captioned action, and in support of this Notice of Removal states as follows:

1.      Plaintiff commenced this action against Defendant on December 1, 2025, in Superior Court in Wake County, North Carolina (the "State Court Action"). All documents filed in the State Court Action as of the date of this filing are attached hereto as **Exhibit 1**.

2.      The Notice of Removal is being filed with the Court within thirty (30) days of receipt of the initial pleading pursuant to 28 U.S.C. § 1446(b). Plaintiff served Defendant with the Summonses and Complaint contained in Exhibit 1 on December 16, 2025.

3.      Venue lies in this Court because Plaintiff's action is pending in this district. *See* 28 U.S.C. § 1441(a).

4.      Defendants will give written notice to Plaintiff and the Wake County Clerk of Superior Court pursuant to 28 U.S.C. § 1446(d). The notice of removal to be filed, along with a file-stamped copy of this Notice, is attached hereto as **Exhibit 2**.

5. The State Court Action alleges hostile work environment and retaliation in connection with Plaintiff's employment with Defendant. *See* Exhibit 1. These causes of action are not recognized as private rights of action under North Carolina law, so these claims can only arise under federal law. *See, e.g., Chapman v. City of Newton*, Civil Action No. 5:23-CV-00040-KDB-SCR, 2023 U.S. Dist. LEXIS 220106, at *25 (W.D.N.C. Nov. 22, 2023) ("North Carolina courts and federal courts applying North Carolina law have . . . repeatedly [found] that no private cause of action exists for retaliation [or] hostile work environment. . . .") (internal citations and quotations omitted).

6. Plaintiff also filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") prior to filing her Complaint that alleged discrimination and retaliation against Defendant. The EEOC investigated Plaintiff's allegations and issued a right to sue on September 3, 2025.

Based on the foregoing, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, and removal is appropriate under 28 U.S.C. § 1441(a).

This the 14th day of January, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Spencer H. Hoisington*

Spencer H. Hoisington
N.C. State Bar No. 43481
227 W. Trade St., Ste. 1830
Charlotte, North Carolina 28202
Telephone: (704) 302-1289
spencer.hoisington@wilsonelser.com
*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that pursuant to Rule 5 of the Federal Rules of Civil

Procedure he sent the foregoing NOTICE OF REMOVAL via U.S. Mail, to Plaintiff's last

known address:

Tyra Oscar-Garrison
5801 Triangle Oak Drive, Apartment 205
Raleigh, NC 27616

This the 14th day of January, 2026.


*/s/ Spencer H. Hoisington*
Spencer H. Hoisington